THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMANDA FOXALL,<br><br>　　　　　　Defendant. | CASE NO. C22-0229-JCC<br><br>ORDER |

This matter comes before the Court *sua sponte*. On March 9, 2022, the Court dismissed Plaintiff's complaint without prejudice. (Dkt. No. 6.) Plaintiff had 21 days to file an amended complaint curing the deficiencies noted by the Court. (*See id.*) Plaintiff has failed to do so. The Court, therefore, DISMISSES Plaintiff's claims with prejudice under 28 U.S.C. section 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted. The Clerk is DIRECTED to close this case and send Plaintiff a copy of this order.

DATED this 3rd day of May 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　John C. Coughenour
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
C22-0229-JCC
PAGE - 1